UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JEFFREY DEPINTO, | |
|---|---|
| Plaintiff, | |
| -v.- | 19 Civ. 147 (KPF) |
| NORTHROP GRUMMAN SYSTEMS CORPORATION, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to a scheduling conflict created by this Court's schedule, the post-fact discovery conference previously scheduled for September 5, 2019, at 3:00 p.m. is hereby ADJOURNED to **September 9, 2019, at 2:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The joint status letter described on page 7 of the parties' case management plan is hereby due on or before September 5, 2019.

SO ORDERED.

Dated: August 29, 2019
New York, New York

KATHERINE POLK FAILLA
United States District Judge