LAW OFFICES OF
# TROMELLO & FISHMAN
A *CNA* LITIGATION COUNSEL OFFICE *

395 N. SERVICE ROAD, SUITE 410, P.O. BOX 9038
MELVILLE, NY 11747-9038
MAIN: (631) 577-2400
FAX: (631) 577-2401

A.G. CHANCELLOR, III
NIKOLAOS E. DIAMANTIS
LORI D. FISHMAN
ROBERT D. MARTIN♦
JONATHAN P. PIROG

EMILY E. SHEARER
KEVIN P. SLATTERY
PETER D. SMITH
MICHAEL C. TROMELLO
KATHLEEN M. WATSON

*CNA is a registered service mark of CNA Financial Corporation.
Attorneys are employees of Continental Casualty Company,
an underwriting company authorized to use the CNA service mark.

♦ALSO ADMITTED IN NJ & DC

Writer's Direct Dial: 631-577-2455
Email: kevin.slattery@cna.com

VIA ECF



October 16, 2019

Justice Katherine Polk-Failla
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
NY, NY 10007

RE: DePinto v. Northrop Grumman Systems Corporation
19 cv-00147(KPF)

Dear Judge Polk-Failla:

This letter requesting an adjournment of the court conference scheduled for October 24, 2019 is being jointly submitted. The reason for the request is outstanding expert discovery. The orthopedic exam of the plaintiff by the defendant's expert was conducted on October 10, 2019. However, the examining doctor's report has not been received yet. Additionally, a vocational rehabilitation examination, also by one of the defendant's experts, is scheduled for October 16, 2019. Once these two exams have been completed, there should be no outstanding items of discovery.

Both sides feel that we will be in a position to engage in meaningful settlement discussions once the results of these two examinations have been exchanged. We are, therefore, requesting a one month adjournment of the conference.

Respectfully submitted,

Michael S. Levine
Plaintiff's Counsel

Kevin P. Slattery
Defendant's Counsel

Application GRANTED.  The post-fact discovery conference previously scheduled for October 24, 2019, is hereby ADJOURNED to November 26, 2019, at 10:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: October 16, 2019
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE