

Charles J. Rappaport
Michael G. Glass
Michael S. Levine
Matthew J. Zullo
Christopher M. Glass
Thomas P. Valet
Brian P. Murphy

Michael R. Greene
Of Counsel

<u>VIA ECF</u>

November 23, 2019

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square – Room 2103
New York, New York 10007

Re: Jeffrey DePinto v. Northrup Grumman Systems Corp.
Civil Action No. 1:19-cv-00147-KPF

Dear Judge Polk Failla:

Pursuant to the Court's directive, this letter is the parties' joint letter regarding the status of this action.

1. It is currently believed that the Civil Case Management Plan and Scheduling Order dated March 22, 2019 has been complied with. All fact discovery has been completed, including the exchange of discovery and the depositions of fact witnesses. All expert discovery has also been completed. The defendant has not yet exchanged Rule 26 responses with respect to its expert witnesses, but these responses should be forthcoming shortly. The parties are waiving the depositions of each party's expert witnesses.

2. Although the plaintiff contemplated seeking permission to move for summary judgment on the issue of liability against the defendant, counsel for the defendant has advised that the defendant is conceding liability. Thus, such a motion is no longer necessary.

3. Counsel for the plaintiff has recently given counsel for the defendant an initial settlement demand of $2,000,000. There has been no offer as of yet. The parties would like a settlement conference.

4. It is anticipated that this now damages-only trial will take no more than five days. The case is to be tried before a jury.

5. There are presently no issues that the parties would like to address at the forthcoming pre-trial conference other than what has been requested above.

*Please send all correspondence to the Islandia office.*

1355 Motor Parkway
Islandia, NY 11749
T: 631.293.2300
F: 631.293.2918

570 Lexington Ave. 16th Fl.
New York, NY 10022
T: 212.921.5200
F: 631.293.2918

info@RGLZLaw.com
www.RGLZLaw.com
T: 800.734.9445
F: 631.293.2918



Respectfully yours,

| | |
|---|---|
| RAPAPORT, GLASS, LEVINE & ZULLO, LLP<br>Attorneys for Plaintiff | LAW OFFICES OF TROMELLO & FISHMAN<br>Attorneys for Defendant |

By: _____
MICHAEL S. LEVINE
1355 Motor Parkway
Islandia, NY 11749
(631) 293-2300

By: _____
KEVIN P. SLATTERY
395 N. Service Road, Suite 410
P.O. Box 9038
Melville, NY 11747-9038
(631) 577-3400